# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CITY OF LUBBOCK, TEXAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-23-232-G |
| | ) |
| **ELK CITY II WIND, LLC et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Now before the Court is a Motion to Dismiss (Doc. No. 14), seeking dismissal of the claims raised in Plaintiff's original Complaint (Doc. No. 1). Plaintiff has now timely filed an Amended Complaint (Doc. No. 21). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the pending Motion to Dismiss (Doc. No. 14) is DENIED AS MOOT.

IT IS SO ORDERED this 19th day of July, 2023.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge